No. 02–10301. WHITE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–10305. HAMLET *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–10306. GONZALEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–10307. GOFF *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–10308. GERALDO-BURGOIN *v.* UNITED STATES; GARCIA-RUBIO *v.* UNITED STATES; RODRIGUEZ-GONZALEZ *v.* UNITED STATES; PEREZ-PARAMO *v.* UNITED STATES; and MOLINERO-JIMENEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–10313. RIDDICK *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–10316. BARLOW *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–10317. THOMAS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–10318. WINSTON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–10330. GONZALEZ *v.* WILEY, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 02–10333. GINYARD *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 02–10336. EDMUNDS *v.* DEPPISCH, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 02–10341. PASTRANO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–10342. JOHNSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.